UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:13-cr-0016-JMS-CMM-9 |
| ) | |
| JORDAN DANIELS, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

A hearing was convened on June 11, 2018, on the Petition for Warrant or Summons for Offender Under Supervision filed on November 18, 2016. Defendant, Jordan Daniels, appeared in person with his appointed counsel, Gwendolyn Beitz. The government appeared by Pamela Domash, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jennifer Considine.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant admitted violation number 1. [Docket No. 565] Defendant waived his opportunity to address the Court in relation to this matter.

3.  The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."** |//

1     **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**

On November 16, 2016, Vigo County Community Corrections notified this officer that Mr. Daniels absconded from their work release program on November 15, 2016. Numerous attempts were made by their agency to locate Mr. Daniels including contacting local hospitals and other law enforcement agencies; however, Mr. Daniels could not be located. This officer has tried to call and text message Mr. Daniels multiple times on his mobile phone, and he has not responded. Mr. Daniels whereabouts are unknown at this time.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is four to 10 months' imprisonment.

5. Parties jointly recommended imprisonment of six months with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at FCI Victorville, CA. The Court also recommends that Defendant should receive credit time from April 23, 2018, the date on which pending charges in California were dismissed and Defendant was held pursuant to this Court's warrant.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have 14 days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:   June 11, 2018

*[signature]*
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal