UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:13-cr-00016-JMS-CMM |
| ) | |
| JORDAN DANIELS (09), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig Mckee's Report and Recommendation dkt. [612] recommending that Jordan Daniels' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt. [612]. The Court finds that Mr. Daniels committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [565]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Daniels is sentenced to the custody of the Attorney General or his designee for a period of six (6) months imprisonment with no supervised release to follow. The Court recommends placement at FCI Victorville, California. The Court also recommends that Defendant should receive credit time from April 23, 2018, the date on which pending charges in California were dismissed and Defendant was held pursuant to this Court's warrant.

Date: 7/9/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal